UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| NCMIC Insurance Company | Civil No. 05-456 (RHK/JSM) |
| Plaintiff, | ORDER DISMISSING DEFENDANT ALLISON HURST |
| vs. | |
| Scott Sammon, D.C.; Acu-Chiropractic Wellness Center, P.A.; and Allison Hurst | |
| Defendants. | |

---

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

That the claims against Allison Hurst are herewith **DISMISSED** by Plaintiff, without costs or disbursements being assessed or charged to either party.

Allison Hurst is bound by the decision and/or judgment reached in this action.

Allison Hurst agrees to be deposed in this action after the dismissal upon mutual agreement as to time and place by the parties.

Plaintiff NCMIC will proceed in this action with regard to its claims against the remaining parties and nothing herein modifies NCMIC's rights in that regard.

Dated: June 28, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge