UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

NCMIC Insurance Company,                               Civil No. 05-456 (RHK/JSM)

    Plaintiff,

vs.                                                    **ORDER FOR DISMISSAL**
                                                                   **WITH PREJUDICE**

Scott Sammon, D.C., Acu-Chiropractic
Wellness Center, P.A., and Allison Hurst,

    Defendants.

---

    Based upon the Stipulation and agreement between and among the parties hereto, through their respective counsel, the above action may be, and the same hereby is **DISMISSED WITH PREJUDICE** and on the merits, but without further cost to any of the parties hereto.

    **IT IS SO ORDERED.**

Dated: April 6, 2006

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| NCMIC Insurance Company, | Civil No. 05-456 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Scott Sammon, D.C., Acu-Chiropractic Wellness Center, P.A., and Allison Hurst, | |
| Defendants. | |

---

Based upon the Stipulation and agreement between and among the parties hereto, through their respective counsel, the above action may be, and the same hereby is **DISMISSED WITH PREJUDICE** and on the merits, but without further cost to any of the parties hereto.

**IT IS SO ORDERED.**

Dated: April 6, 2006

                                                             s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge